Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-10-00270-CV

In the **INTEREST OF J.A.G.**, A.R.O., F.A.G., and K.M.G., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-02024
Honorable Richard Garcia, Associate Judge, Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed: June 2, 2010

DISMISSED FOR LACK OF JURISDICTION

On January 25, 2010, the associate judge signed an order terminating G. Garcia's parental rights to her children J.A.G., A.R.O., F.A.G., and K.M.G., and terminating the parental rights of the alleged fathers – F.J. Ojeda, T.A. Zapata, and S. Valdez. Garcia filed a notice of appeal of the associate judge's decision, requesting a de novo hearing in the district court. The district court denied a de novo hearing on February 25, 2010.

On April 1, 2010, the Bexar County District Clerk filed a clerk's record in this court. However, the record does not contain a notice of appeal to this court filed by any party, the docket sheet does not indicate a notice of appeal has been filed, and no notice of appeal has been filed in

this court. Moreover, it does not appear any party filed a statement of appellate points in the trial court. *See* Tex. Fam. Code Ann. § 263.405 (Vernon 2008).

The appeal from a final order in a suit in which termination of the parent-child relationship is in issue is accelerated. Tex. Fam. Code Ann. § 109.002(a) (Vernon 2008). Therefore, the notice of appeal must be filed within twenty days after the final order is signed. Tex. R. App. P. 26.1(b); *In re K.A.F.*, 160 S.W.3d 923, 925 (Tex. 2005). A timely notice of appeal is necessary to invoke this court's jurisdiction. *See K.A.F.*, 160 S.W.3d at 927-28; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)

On April 8, 2010, we ordered the parties to respond by April 26, 2010, showing cause why this appeal should not be dismissed for lack of jurisdiction. We advised the parties the appeal would be dismissed if a satisfactory response were not filed within the time provided. *See* Tex. R. App. P. 42.3. No party has filed a response to our April 8 order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM